Slip Op. 22-39

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **POWER STEEL CO., LTD,** | |
| Plaintiff, | |
| v. | **Before: Jane A. Restani, Judge** |
| **UNITED STATES,** | **Court No. 20-03771** |
| Defendant. | |
| **REBAR TRADE ACTION COALITION**, | |
| Defendant-Intervenor. | |

## JUDGMENT

Following remand, the United States Department of Commerce submitted the Final Results of Redetermination Pursuant to Court Remand, ECF No. 48 (Apr. 8, 2022) ("Remand Results"). The Remand Results comply with the court's remand order. Plaintiff, Defendant, and Defendant-Intervenor have indicated that they do not intend to submit further filings regarding the Remand Results. See ECF No. 52, 54, 55. Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that the Remand Results of the United States Department of Commerce are **SUSTAINED**.

/s/    Jane A. Restani
Jane A. Restani. Judge

Dated: April 28, 2022
New York, New York